AO 98 (Rev. 12/11) Appearance Bond                                                                                           Page 1

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Georgia

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 04 2015

JAMES N. HATTEN, Clerk
By: Pam  Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:15-CR-338 |
| ALFREDO CAPOTE | ) | |
| _Defendant_ | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, __ALFREDO CAPOTE__ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
(   ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __20,000 - mother to cosign__ .

( ~~X~~ ) (3) This is a secured bond of $ __10,000__ , secured by:

   (   ) (a) $ _____ , in cash deposited with the court.

   (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
   _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):_

   _____

   If this bond is secured by real property, documents to protect the secured interest may be filed of record.

   (   ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety):_
   __Nathaniel Robertson__
   __Jet Bonding__
   __196 Peachtree St. Atlanta GA 30303__

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

_Release of the Bond._ The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

   (1)    all owners of the property securing this appearance bond are included on the bond;
   (2)    the property is not subject to claims, except as described above; and
   (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond. I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 11/4/15

Defendant's signature: *Alfredo Carota*

(1) Surety/property owner – printed name: Nathaniel Robertson
(1) Surety/property owner – signature and date: *Nathaniel Rob...*
(1) Surety/property owner's address: Jet Bonding Co, 196 Peachtree St.
(1) Surety/property owner's city/state/zip: Atlanta GA 30303

(2) Surety/property owner – printed name: Joycelin I. Palmer
(2) Surety/property owner – signature and date: *Joycelin I. Palmer*
(2) Surety/property owner's address: 5800 Harrier Ln.
(2) Surety/property owner's city/state/zip: Atl, Ga. 30349

(3) Surety/property owner – printed name:
(3) Surety/property owner – signature and date:
(3) Surety/property owner's address:
(3) Surety/property owner's city/state/zip:

CLERK OF COURT

Date: _____

Signature of Clerk or Deputy Clerk: Pat Montgomery, Mag CRD - 11-4-15
As to signature of surety only

APPROVED

Date: 11/4/15

Signature, United States Magistrate Judge: *Russell G. Vineyard*

THIS DOCUMENT HAS A COLORED SECURITY BACKGROUND AND MICRO PRINTING - THE REVERSE SIDE OF THIS DOCUMENT HAS A WATERMARK
THIS DOCUMENT IS VOID IF THE PINK HEAT SENSITIVE INK BOX IN THE LOWER RIGHT HAND CORNER DOES NOT DISAPPEAR WHEN RUBBED WITH WARM HANDS

| POWER AMOUNT $15,000 | VOID IF NOT EXECUTED BY: MAY 02 2016 | Indiana Lumbermens Mutual Insurance Company P.O. Box 68932, Indianapolis, IN 46268 | US15 756726 |

KNOW ALL MEN BY THESE PRESENTS: that INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, a corporation duly authorized and existing under the laws of the State of Indiana, does constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, and deliver for and on its behalf, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds. No authority is provided herein for the execution of surety immigration bonds or to guarantee alimony payments, fines, wage law claims or other payments of any kind on behalf of below named defendant. The named agent is appointed only to execute the bond consistent with the terms of this power of attorney. The agent is not authorized to act as agent for receipt of service of process in any criminal or civil action.

This power is void if altered or erased or used in any combination with other powers of attorney of this company or any other company to obtain the release of the defendant named below or to satisfy any bond requirement in excess of the stated face amount of this power. This power can only be used once. No authority is provided to a copy or facsimile of this power of attorney without the prior written consent of Indiana Lumbermens Mutual Insurance Company. The obligation of the company shall not exceed the sum of

FIFTEEN THOUSAND ($15,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this ____4th____ day of __November__, 20_15_.

Bond Amount $ 10,000 00   Appearance Date TBN
Defendant: Alfredo Capote
Court: Federal    Case # 1:15.CR338
County: Fulton    City: Atl    St. ___ Zip ___
Offense: Wire Fraud Conspiracy        MP
Executing Agent: Nathaniel Kahuda       MP

INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY

John F. Wolf
John F. Wolf, President        ILM-9D

[SEAL: INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, INDIANAPOLIS, IN]